THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUNDRA E. SYKES, #113987, | ) |
| Petitioner, | ) ) ) |
| v. | ) 2:11-CV-64-TMH ) WO |
| J.C. GILES, *et al.*, | ) ) |
| Respondents. | ) |

**ORDER**

On January 31, 2011, the Magistrate Judge filed a Recommendation (Doc. 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED, and

2. To the extent Sykes seeks habeas corpus relief, the instant application be DENIED;

3. To the extent Sykes seeks relief under 42 U.S.C. § 1983 for an alleged violation of his due process rights, the case be DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

4. The assertion of a right to the criminal prosecution of a correctional officer be summarily DISMISSED; and

5. This case be DISMISSED with prejudice.

An appropriate judgment will be entered.

Done this 11th day of March, 2011.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE